IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE STATE OF ARKANSAS by its Department**
**of Information Systems**                                                                    **PLAINTIFF**

**VS.**                                              **4:06CV00262-WRW**

**MIKE LEAVITT, in his official capacity**
**as Secretary of the United States Department**
**of Health and Human Services, THE UNITED**
**STATES DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES and THE UNITED STATES**                          **DEFENDANTS**

## ODER CONTINUING THE SCHEDULING ORDER

Pending is a Joint Motion to Stay or Continue the Scheduling Order.[1]  This is an Appeal from an Administrative Decision by the Department of Health and Human Services.  The parties represent that they are trying to negotiate a resolution of this case and request that the briefing schedule be continued.   For good cause shown, the briefing schedule is continued as follows: State's opening brief is due March 1, 2007; Defendant's brief is due May 31, 2007; and the State's reply brief is due July 1, 2007.

IT IS SO ORDERED this 19th day of October, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 11.